CHARLES H. MEEK, Respondent, v. NICHOLAS R. CORBISELLO, Appellant.—

All concur.